661 A.2d 297

IN THE MATTER OF DONALD B. DEVIN,
AN ATTORNEY AT LAW.

July 28, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DONALD B. DEVIN** of **DOVER,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of three months, effective October 31, 1994, by Order of this Court dated October 4, 1994, be restored to the practice of law, effective immediately.